**AETNA INSURANCE COMPANY, a corporation, Plaintiff-Appellant,**

v.

**Lorraine Marie MONTE, etc., and Ann Louise Rinehold, etc., Defendants-Appellees.**

**No. 23897.**

United States Court of Appeals, Ninth Circuit.

March 17, 1971.

John K. Stewart, San Francisco, Cal. (argued), J. D. Burdick, of Carroll, Davis, Burdick & McDonough, San Francisco, Cal., for appellant.

Harold T. Faaland, of Wool, Richardson, Colbert & Shea, San Jose, Cal., for appellees.

Before DUNIWAY and CARTER, Circuit Judges, and GRAY, District Judge.*

ORDER

This case is controlled by California state law. On the basis of the following cases, decided after the decision below—viz., Herzog v. National American Ins. Co. (1970) 2 Cal.3d 192, 84 Cal.Rptr. 705, 465 P.2d 841; Huggins v. Yoshiwara (1970) 2 Cal.3d 200, 84 Cal.Rptr. 709, 465 P.2d 845, and State Farm Mutual Auto-

---

* Honorable William P. Gray, United States District Judge, Central District of California.

**530**

mobile Ins. Co. v. Allstate Ins. Co. (1970) 9 Cal.App.3d 508, 88 Cal.Rptr. 246.

It is ordered that the judgment is reversed and the case remanded with instructions to the district court to enter a judgment in favor of appellant.